**Order entered January 22, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00982-CV

### DONALD O. OZUMBA, M.D., ET AL., Appellants

### V.

### JANE DOE NO. 6, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03960-2018**

## ORDER

Before the Court is appellee's January 17, 2020 unopposed motion to extend the time to

file her brief on the merits. We **GRANT** the motion and extend the time to **February 6, 2020.**


/s/    KEN MOLBERG
       JUSTICE